ORIGINAL

# In the United States Court of Federal Claims

No. 16-1483
Filed: May 2, 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AHLIJAH FERDINAND,

Plaintiff, *pro se*,

v.

THE UNITED STATES,

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
MAY - 2 2017
U.S. COURT OF
FEDERAL CLAIMS

## ORDER OF DISMISSAL

On February 8, 2017, the Government filed a Motion To Dismiss, pursuant to Rule of the United States Court of Federal Claims ("RCFC") 12(b)(1). ECF No. 10. Plaintiff's Response was due on March 13, 2017. Plaintiff did not file any response or objection with the court.

On April 3, 2017, the court issued an Order, instructing Plaintiff to show cause why his Complaint should not be dismissed for failure to prosecute, pursuant to RCFC 41(b). ECF No. 11. And, that if Plaintiff did not respond to the Order on, or before, April 17, 2017, the court would dismiss Plaintiff's November 9, 2016 Complaint. ECF No. 11.

Pursuant to RCFC 41(b), the court may dismiss Plaintiff's claim, with prejudice, for failure to prosecute. *See* RCFC 41(b) ("If the plaintiff fails to prosecute or to comply with [the RCFC] or a court order, the court may dismiss on its own motion . . . . Unless the dismissal order states otherwise, a dismissal under this subdivision . . . operates as an adjudication on the merits[.]"). Because Plaintiff has failed to file a Response to the February 3, 2017 Motion To Dismiss and the March 15, 2017 Show Cause Order, this case is dismissed, with prejudice, for failure to prosecute.

Accordingly, the Clerk is directed to close this case. And, the February 8, 2017 Motion To Dismiss is moot.

**IT IS SO ORDERED.**

**SUSAN G. BRADEN**
**Chief Judge**